## IN THE UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) MATTHEW SKELTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO: 5:12-CV-416** |
| | ) | |
| **(1) VIRTUOSO SOURCING GROUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Matthew Skelton, by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, VIRTUOSO SOURCING GROUP, Defendant, in this case.

Respectfully Submitted,

/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
P ARAMOUNT  L AW
115 W. 3rd St., Ste. 411
Tulsa, OK 74103
(918) 200-9272 voice
(918) 895-9774 fax
victor@paramount-law.net